In the Matter of the Fee Agreement
of William G. SMITH in Case
No. 90–1072.

No. 95–307.

United States Court of Veterans Appeals.

Dec. 12, 1997.

Before NEBEKER, Chief Judge, and
KRAMER, FARLEY, HOLDAWAY, IVERS
and STEINBERG, Judges.

ORDER

PER CURIAM:

*Note: Pursuant to U.S. Vet.App. R.
28(i), this action may not be
cited as precedent.*

On June 26, 1997, the Court, in a panel
decision, remanded the decision of the Board
of Veterans' Appeals (BVA) issued on March
22, 1995. On July 17, 1997, counsel for the
Secretary filed a motion for reconsideration
by the three-judge panel or, in the alterna-
tive, a motion for review en banc. On Octo-
ber 30, 1997, the panel denied the Secretary's
motion for reconsideration.

Upon consideration of the foregoing, the
Secretary's motion for review en banc, and
the record on appeal, it is by the Court

ORDERED that the Secretary's motion
for review en banc is denied.